**RESNICK & LOUIS, P.C.**
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No: 14168
mbeckstead@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant*
*Walmart, Inc. d/b/a Walmart Supercenter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE ANN RUENZI, an individual;<br><br>Plaintiff<br><br>v.<br><br>WALMART, INC., d/b/a WALMART SUPERCENTER; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | Case No.: 2:21-cv-01408-CDS-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant WALMART, INC. ("Defendant"), by and through its counsel of record, MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C., and Plaintiff CHRISTINE ANN RUEZI ("Plaintiff"), by and through her counsel of record, TYLER CRAWFORD, ESQ., and KATHLEEN S. VILLATORO, ESQ., of the law firm of ATKINSON WATKINS & HOFFMAN, LLP, hereby stipulate that the above captioned action and any and all claims asserted by Plaintiff against Defendant in this action are hereby DISMISSED WITH PREJUDICE.

///

///

///

1

1  Each party is to bear their own attorney fees, interest, and costs.

2  **IT IS SO STIPULATED.**

3  Dated this _13th_ day of April 2024        Dated this _13th_ day of April 2024

4  **RESNICK & LOUIS, P.C.**                 **ATKINSON WATKINS & HOFFMAN**

5

6  _____              /s/ Kathleen S. Villatoro
   _____

7  MATTHEW B. BECKSTEAD, ESQ.                TYLER CRAWFORD, ESQ.
   Nevada Bar No. 14168                       Nevada Bar No. 10559

8  8945 West Russell Road, Suite 330         KATHLEEN S. VILLATORO, ESQ.
   Las Vegas, Nevada 89148                    Nevada Bar No. 15829

9  *Attorneys for Defendant*                  10789 W. Twain Avenue, Suite 100
   *Walmart, Inc. d/b/a Walmart Supercenter*  Las Vegas, Nevada 89135

10                                            *Attorneys for Plaintiff*
                                              *Christine Ann Ruenzi*

11

12  **<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

13  Based upon the parties' foregoing stipulations, the Court hereby ORDERS that this

14  action and plaintiff's claims herein are DISMISSED WITH PREJUDICE. Each party is to

15  bear their own attorney fees, interest, and costs. The Clerk of Court is kindly instructed to

16  close this case.

17

18  _____
    UNITED STATES DISTRICT  JUDGE

19  Submitted by:

20

21  **RESNICK & LOUIS, P.C.**

22

23  _____
    MATTHEW B. BECKSTEAD, ESQ.

24  Nevada Bar No. 14168
    *Attorneys for Defendant,*

25  *Walmart, Inc. d/b/a Walmart Supercenter*

26

27

28

2